IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CASE NO.:   3:14-MJ-106-TFM |
| | ) | |
| JONATHAN STOPPLEBEIN | ) | |
| | ) | |

### ORDER

Upon consideration of the Government Oral Motion to Continue the detention hearing on July 23, 2014, and for good cause, it is

**ORDERED** that the Oral Motion to Continue be and is hereby GRANTED.  It is further **ORDERED** that detention hearing proceeding previously set in the above case for July 23, 2014 be and is hereby **CONTINUED** to **July 30, 2014, at 10:00 a.m. in courtroom 4-B**, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

**ORDERED** that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this the 23nd day of July, 2014.

　　　　　　　　　　　　　　　　 /s/ Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE