IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:14-MJ-106-TFM |
| | ) | |
| JONATHAN STOPPLEBEIN | ) | |

## **ORDER**

On July 23, 2014, pursuant to Fed. R. Crim. P. 5.1, the court convened a preliminary hearing in this case. Upon the advice of counsel, the defendant waived his right to a preliminary hearing. Accordingly, it is

ORDERED that the defendant shall be held to appear for further proceedings as ordered by the court. FED. R. CRIM. P. 5.1(e).

Done this 23rd day of July, 2014.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE