IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:14mj-106-TFM |
| | ) | |
| JONATHAN STOPPLEBEIN | ) | |

## **ORDER**

Pending before the court is the *Motion for Leave to Amend Complaint (Doc. 13)* . For good cause shown the *Motion for Leave to Amend Complaint (Doc. 13)* is **GRANTED**.

DONE this 31st day of July, 2014.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE